COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00122-CV |
| Style: | Manish Sohani and Anis Virani v. Nisar Sunesara |
| Date motion filed*: | June 13, 2019 |
| Type of motion: | Motion for Extension of Time to File Brief |
| Party filing motion: | Appellants Manish Sohani and Anis Virani |
| Document to be filed: | Appellants' Brief |

If motion to extend time:

Original due date: N/A

Number of extensions granted: 0 Current Due Date: N/A

Date Requested: July 23, 2019 (60 days from May 24, 2019)

Ordered that motion is:

☐ Granted in part
☑ Denied (without prejudice)
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

Although the clerk's record was filed on April 24, 2019, the Clerk of this Court's June 14, 2019 letter notified the court reporter that her extension to file the reporter's record had been granted until July 15, 2019. Accordingly, appellants' extension request is **denied without prejudice** to refiling after the reporter's record is filed when the briefing deadline will be set. *See* TEX. R. APP. P. 38.6(a)(2) (appellant's brief deadline set 30 days after later of date of filing of clerk's or reporter's record).

Judge's signature: _____/s/ Evelyn V. Keyes_____
☑ Acting individually ☐ Acting for the Court
Date: __June 25, 2019___